UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN R. RUSSO, SR. AND MARIE G. RUSSO | * * * | CIVIL ACTION NO. 07-7587 M(5) |
| VERSUS | * * | JUDGE: PETER BEER |
| STATE FARM FIRE AND CASUALTY COMPANY | * * * | MAG: ALMA L. CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE RHETT LEE, EUGENE DEADY AND EDWARD VANHOVEN FROM OFFERING OPINION TESTIMONY AT TRIAL**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs John R. Russo, Sr., and Marie G. Russo, and respectfully move this Honorable Court for an order precluding Rhett Lee and Eugene Deady, fact witnesses for defendant State Farm Fire and Casualty Company ("State Farm"), and Edward VanHoven, State Farm's purported expert, from offering opinion testimony regarding the cause, scope or price of the damage to plaintiff's property that is at issue in this matter. As set forth more fully in the accompanying memorandum, Rhett Lee and Eugene Deady should be precluded from offering opinion testimony at trial, because they have been designated as fact witnesses, and thus they may not offer expert testimony under Federal Rule of Evidence 701. Additionally, Edward VanHoven should be precluded from offering opinion testimony at trial, because his opinions are based solely on unreliable information provided by State Farm, and he has done nothing to independently verify the cause and scope of damage to plaintiffs' property. Furthermore, Mr. VanHoven purports to offer opinions on matters that are not within his personal knowledge.

Accordingly, plaintiffs John and Marie Russo pray that this Honorable Court enter an order precluding Rhett Lee, Eugene Deady and Edward VanHoven from offering any opinion testimony at the trial of this matter.

Respectfully submitted,

/s/ Jeffery B. Struckhoff

**TERRENCE J. LESTELLE - T.A. - 8540**
**ANDREA S. LESTELLE - 8539**
**JEFFERY B. STRUCKHOFF - 30173**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana  70002
Telephone:  (504) 828-1224
Facsimile:   (504) 828-1229
Email: lestelle@lestellelaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 5th day of August 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I faxed and/or mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

/s/ Jeffery B. Struckhoff

**JEFFERY B. STRUCKHOFF**