**State Farm Insurance Companies**
**P.O. BOX  231198**
**New Orleans, LA  70183-1198**
**Phone:  (866)787-8676 ext 6707**
**Fax-504-739-9431**

**11/15/2005**

| | | | | |
|---|---|---|---|---|
| Estimate: | 18-R500-030 | | Claim Number: | 18-R500-030 |
| Insured: | RUSSO, JOHN | | Policy Number: | 18-62-0969-4 |
| Property: | 3833 Cypress St. | | Type of Loss: | Wind Damage |
| | METAIRIE, LA  70001-4932 | | Deductible: | $ 500.00 |
| Home: | (504) 835-3574 | | Price List: | LANO5F5D3 |
| | | | | Restoration/Service/Remodel with Service Charges Broken Out |
| | | | Date of Loss: | 8/29/2005 |
| | | | Date Inspected: | 10/5/2005 |

## Summary for Wind Damage

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 9,403.88 |
| Applicable Sales Tax | @ | 9.000% x | 1,950.20 | 175.52 |
| | | | | |
| Replacement Cost Value | | | | 9,579.40 |
| Less Depreciation | | | | (0.00) |
| | | | | |
| Actual Cash Value (ACV) | | | | 9,579.40 |
|   Overhead | @ | 10.0% x | 9,579.40 | 957.94 |
|   Profit | @ | 10.0% x | 9,579.40 | 957.94 |
| | | | | |
| Actual Cash Value (Including Overhead and Profit) | | | | 11,495.28 |
| Less Deductible | | | | (500.00) |
| | | | | |
| Net Actual Cash Value Payment | | | | $10,995.28 |

Lee  Rhett

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

LOUISIANA LAW, YOU HAVE ONE YEAR FROM THE DATE OF LOSS TO CONCLUDE ALL ASPECTS OF THIS CLAIM.



## State Farm Insurance Companies

RUSSO, JOHN                                                                                          11/15/2005

### 18-R500-030

**Room: Roof**

| DESCRIPTION | QUANTITY | UNIT COST | | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 3 tab - 25 yr. - composition shingle roofing - incl. felt | 18.66 SQ | 158.00 | E | 2,948.28 | | 2,948.28 |
| Remove Tear off, haul and dispose of comp. shingles - 20-25 year | 16.85 SQ | 40.00 | | 674.00 | | 674.00 |
| R&R Drip edge | 160.00 LF | 1.81 | | 289.60 | | 289.60 |
| R&R Flashing - pipe jack | 3.00 EA | 29.12 | | 87.36 | | 87.36 |
| R&R Valley metal | 11.00 LF | 3.82 | | 42.02 | | 42.02 |
| R&R Fascia - metal, 6" | 40.00 LF | 2.71 | | 108.40 | | 108.40 |
| R&R Gutter / downspout - aluminum | 40.00 LF | 3.75 | | 150.00 | | 150.00 |
| R&R Exhaust cap - through roof | 1.00 EA | 72.19 | | 72.19 | | 72.19 |
| R&R Roof mount power attic vent | 1.00 EA | 245.32 | | 245.32 | | 245.32 |

| Room Totals:  Roof | | | | 4,617.17 | 0.00 | 4,617.17 |
|---|---|---|---|---|---|---|

**Room: Garage**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Metal roofing - Standard grade | 523.00 SF | 2.91 | 1,521.93 | | 1,521.93 |

| Room Totals:  Garage | | | 1,521.93 | 0.00 | 1,521.93 |
|---|---|---|---|---|---|

**State Farm Insurance Companies**

RUSSO, JOHN                                                                                                11/15/2005

Interior

**Room: Kitchen**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Vinyl floor covering (sheet goods) - High grade | 264.00 SF | 4.39 | 1,158.96 | | 1,158.96 |
| | | | | | |
| **Room Totals: Kitchen** | | | **1,158.96** | **0.00** | **1,158.96** |

**Room: LIVING ROOM**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, with smooth wall finish | 64.00 SF | 2.09 | 133.76 | | 133.76 |
| Apply anti-microbial agent | 64.00 SF | 0.15 | 9.60 | | 9.60 |
| Seal/prime the surface area - two coats | 224.00 SF | 0.57 | 127.68 | | 127.68 |
| Mask or cover per square foot | 224.00 SF | 0.35 | 78.40 | | 78.40 |
| R&R Batt insulation - 4" - R11 | 64.00 SF | 0.76 | 48.64 | | 48.64 |
| | | | | | |
| **Room Totals: LIVING ROOM** | | | **398.08** | **0.00** | **398.08** |

**State Farm Insurance Companies**

RUSSO, JOHN                                                                                                    11/15/2005

**Room: HALLWAY**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, with smooth wall finish | 32.00 SF | 2.09 | 66.88 | | 66.88 |
| Paint the surface area - two coats | 131.00 SF | 0.61 | 79.91 | | 79.91 |
| Mask the surface area per square foot | 131.00 SF | 0.14 | 18.34 | | 18.34 |
| Apply anti-microbial agent | 32.00 SF | 0.15 | 4.80 | | 4.80 |
| R&R Batt insulation - 4" - R11 | 32.00 SF | 0.76 | 24.32 | | 24.32 |
| Heat and air conditioning repair or service per invoice | 1.00 EA | 150.00  *E | 150.00 | | 150.00 |
| R&R Window AC unit - mobile home | 1.00 EA | 351.25 | 351.25 | | 351.25 |

**Room Totals:  HALLWAY**                                                695.50              0.00              695.50

Area Totals:  Interior

**Area Items Total:  Interior**                                        2,252.54              0.00            2,252.54

**Line Item Subtotals:  18-R500-030**                          8,391.64              0.00            8,391.64

| **Adjustments for Base Service Charges** | **Adjustment** |
|---|---|
| Cleaning Remediation Technician | 60.70 |
| Drywall Installer/Finisher | 213.60 |
| Flooring Installer | 108.30 |
| Heating / A.C. Mechanic | 110.84 |
| Insulation Installer | 97.02 |
| Painter | 97.80 |
| Roofer | 218.40 |
| Siding Installer | 105.58 |

Total Adjustments for Base Service Charges:                                              1,012.24

**Line Item Totals:**                                                    9,403.88              0.00            9,403.88

**State Farm Insurance Companies**

RUSSO, JOHN                                                                                    11/15/2005

## Grand Total Areas:

| | | |
|---|---|---|
| 0.00  SF Walls | 0.00  SF Ceiling | 0.00  SF Walls & Ceiling |
| 0.00  SF Floor | 0.00  SY Flooring | 0.00  LF Floor Perimeter |
| 0.00  SF Long Wall | 0.00  SF Short Wall | 0.00  LF Ceil. Perimeter |

**State Farm Insurance Companies**

RUSSO, JOHN                                                                                      11/15/2005

# Structural Damage Claim Policy

When you have a covered structural damage claim to your real property, you should know:

- We want you to receive quality repair work to restore the damages to your property.

- We will provide you with a detailed estimate of the scope of damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

- You may have the repairs made by a contractor of your choice.

- If you select a contractor whose estimate is the same as or lower than our estimate, based on the same scope of damages, we will pay based upon their estimate. If your contractor's estimate is higher than ours, you should contact your claim representative prior to beginning the repairs.

- State Farm cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

- State Farm does not guarantee the quality of workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.