**State Farm Insurance Companies**
**P.O. BOX 231198**
**New Orleans, LA 70183-1198**
**Fax: 504-739-9431**

**08/14/2006**

| | | | | |
|---|---|---|---|---|
| Estimate: | 18-R500-030 | | Claim Number: | 18-R500-030 |
| Insured: | RUSSO, JOHN | | Policy Number: | 18-62-0969-4 |
| Property: | 3833 Cypress St. | | Type of Loss: | Wind Damage |
| | METAIRIE, LA 70001-4932 | | Deductible: | $500.00 |
| Home: | (504) 835-3574 | | Price List: | LANO2F6B2 |
| | | | | Restoration/Service/Remodel |
| | | | | F = Factored In, D = Do Not Apply |
| | | | Date of Loss: | 08/29/2005 |
| | | | Date Inspected: | 10/05/2005 |

**Summary for Wind Damage**

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 8,860.47 |
| Material Sales Tax | @ | 9.000% x | 2,300.80 | 207.07 |
| Subtotal | | | | 9,067.54 |
|   Overhead | @ | 10.0% x | 9,067.54 | 906.75 |
|   Profit | @ | 10.0% x | 9,067.54 | 906.75 |
| Replacement Cost Value (Including Overhead and Profit) | | | | 10,881.04 |
| Less Deductible | | | | (500.00) |
| Net Payment | | | | $10,381.04 |

Deady, Gene
(866) 787-8676

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**



EXHIBIT 2

**State Farm Insurance Companies**
**P.O. BOX 231198**
**New Orleans, LA 70183-1198**
**Fax: 504-739-9431**

**08/14/2006**

| | | | | |
|---|---|---|---|---|
| Estimate: | 18-R500-030 | | Claim Number: | 18-R500-030 |
| Insured: | RUSSO, JOHN | | Policy Number: | 18-62-0969-4 |
| Property: | 3833 Cypress St. | | Type of Loss: | Dwelling extension |
| | METAIRIE, LA 70001-4932 | | Deductible: | |
| Home: | (504) 835-3574 | | Price List: | LANO2F6B2 |
| | | | | Restoration/Service/Remodel |
| | | | | F = Factored In, D = Do Not Apply |
| | | | Date of Loss: | 08/29/2005 |
| | | | Date Inspected: | 10/05/2005 |

**Summary for Dwelling extension**

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 4,791.03 |
| Material Sales Tax | @ | 9.000% x | 1,107.36 | 99.66 |
| Subtotal | | | | 4,890.69 |
| Overhead | @ | 10.0% x | 4,890.69 | 489.07 |
| Profit | @ | 10.0% x | 4,890.69 | 489.07 |
| Replacement Cost Value (Including Overhead and Profit) | | | | 5,868.83 |
| Less Deductible | | | | (0.00) |
| Net Payment | | | | $5,868.83 |

_____

Deady, Gene
(866) 787-8676

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

## State Farm Insurance Companies

RUSSO, JOHN                                                                                       08/14/2006

**18-R500-030**

Exterior

**Room: FRONT ELEV**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| R&R Exterior door - fiberglass / wood w/detail - Premium grade | 1.00 EA | 805.53 D | 805.53 |
| Type-Of-Loss        WIND @ 100.00% = 805.53 | | | |
| R&R Glass light, up to 24" x 24" | 1.00 EA | 137.74 D | 137.74 |
| Type-Of-Loss        WIND @ 100.00% = 137.74 | | | |

**Room Totals: FRONT ELEV**                                                                       943.27

Area Totals: Exterior

**Area Items Total: Exterior**                                                                    943.27

**Room: Roof**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| 3 tab - 25 yr. - composition shingle roofing - incl. felt | 18.66 SQ | 158.00 E | 2,948.28 |
| Type-Of-Loss        WIND @ 100.00% = 2,948.28 | | | |
| Remove Tear off, haul and dispose of comp. shingles - 20-25 year | 16.85 SQ | 40.00 | 674.00 |
| Type-Of-Loss        WIND @ 100.00% = 674.00 | | | |
| R&R Drip edge | 160.00 LF | 1.81 | 289.60 |
| Type-Of-Loss        WIND @ 100.00% = 289.60 | | | |
| R&R Flashing - pipe jack | 3.00 EA | 29.12 | 87.36 |
| Type-Of-Loss        WIND @ 100.00% = 87.36 | | | |
| R&R Valley metal | 11.00 LF | 3.82 | 42.02 |
| Type-Of-Loss        WIND @ 100.00% = 42.02 | | | |
| R&R Fascia - metal, 6" | 40.00 LF | 2.71 | 108.40 |
| Type-Of-Loss        WIND @ 100.00% = 108.40 | | | |

## State Farm Insurance Companies

RUSSO, JOHN                                                                                       08/14/2006

**CONTINUED - Roof**

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| R&R Gutter / downspout - aluminum | 40.00 LF | 3.75 | 150.00 |
| Type-Of-Loss    WIND @ 100.00% = 150.00 | | | |
| R&R Exhaust cap - through roof | 1.00 EA | 72.19 | 72.19 |
| Type-Of-Loss    WIND @ 100.00% = 72.19 | | | |
| R&R Roof mount power attic vent | 1.00 EA | 245.32 | 245.32 |
| Type-Of-Loss    WIND @ 100.00% = 245.32 | | | |

**Room Totals: Roof**                                                                                            4,617.17

**Room: Garage**                                                                    LxWxH 20'0" x 20'0" x 7'4"
    **Missing Wall:**    1 -    8'4" X 7'4"          **Opens into E**                 **Goes to Floor/Ceiling**
        525.56 SF Walls                    400.00 SF Ceiling              925.56 SF Walls & Ceiling
        400.00 SF Floor                    146.67 SF Short Wall           71.67 LF Floor Perimeter
        146.67 SF Long Wall                                               71.67 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| R&R Metal roofing - Standard grade | 523.00 SF | 2.91 * | 1,521.93 |
| Type-Of-Loss    DWLNG EXT @ 100.00% = 1,521.93 | | | |
| R&R Block - 10" x 8" x 16" - in place - reinforced | 167.00 SF | 11.73 D | 1,958.91 |
| Type-Of-Loss    DWLNG EXT @ 100.00% = 1,958.91 | | | |
| Seal block with masonry sealer | 167.00 SF | 0.42 D | 70.14 |
| Type-Of-Loss    DWLNG EXT @ 100.00% = 70.14 | | | |
| Exterior - paint two coats | 167.00 SF | 0.83 D | 138.61 |
| Type-Of-Loss    DWLNG EXT @ 100.00% = 138.61 | | | |
| Install 4" x 4" wood post - treated (1.33 BF per LF) | 60.00 LF | 2.44 | 146.40 |
| Type-Of-Loss    DWLNG EXT @ 100.00% = 146.40 | | | |
| Temporary shoring post - Screw jack (per day) | 10.00 DA | 26.07 | 260.70 |
| Type-Of-Loss    DWLNG EXT @ 100.00% = 260.70 | | | |
| Block - Add if vertical reinforcement is 24" OC | 167.00 SF | 2.55 | 425.85 |
| Type-Of-Loss    DWLNG EXT @ 100.00% = 425.85 | | | |

18-R500-030                                                                                                  Page: 4

**State Farm Insurance Companies**

RUSSO, JOHN                                                                                                  08/14/2006

**CONTINUED - Garage**

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| **Room Totals: Garage** | | | 4,522.54 |

**Interior**

**Room: Kitchen**

0.00 SF Walls          0.00 SF Ceiling          0.00 SF Walls & Ceiling
0.00 SF Floor          0.00 SF Short Wall       0.00 LF Floor Perimeter
0.00 SF Long Wall                               0.00 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| Vinyl floor covering (sheet goods) - High grade | 264.00 SF | 4.39 | 1,158.96 |
| Type-Of-Loss    WIND @ 100.00% = 1,158.96 | | | |
| **Room Totals: Kitchen** | | | **1,158.96** |

**Room: LIVING ROOM**

0.00 SF Walls          0.00 SF Ceiling          0.00 SF Walls & Ceiling
0.00 SF Floor          0.00 SF Short Wall       0.00 LF Floor Perimeter
0.00 SF Long Wall                               0.00 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| R&R 1/2" drywall - hung, taped, with smooth wall finish | 64.00 SF | 2.09 | 133.76 |
| Type-Of-Loss    WIND @ 100.00% = 133.76 | | | |
| Apply anti-microbial agent | 64.00 SF | 0.15 | 9.60 |
| Type-Of-Loss    WIND @ 100.00% = 9.60 | | | |
| Seal/prime the surface area - two coats | 224.00 SF | 0.57 | 127.68 |
| Type-Of-Loss    WIND @ 100.00% = 127.68 | | | |
| Mask or cover per square foot | 224.00 SF | 0.35 | 78.40 |
| Type-Of-Loss    WIND @ 100.00% = 78.40 | | | |
| R&R Batt insulation - 4" - R11 | 64.00 SF | 0.76 | 48.64 |
| Type-Of-Loss    WIND @ 100.00% = 48.64 | | | |
| **Room Totals: LIVING ROOM** | | | **398.08** |

**State Farm Insurance Companies**

RUSSO, JOHN                                                                                            08/14/2006

**Room: HALLWAY**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| R&R 1/2" drywall - hung, taped, with smooth wall finish | 32.00 SF | 2.09 | 66.88 |
| Type-Of-Loss    WIND @ 100.00% = 66.88 | | | |
| Paint the surface area - two coats | 131.00 SF | 0.61 | 79.91 |
| Type-Of-Loss    WIND @ 100.00% = 79.91 | | | |
| Mask the surface area per square foot | 131.00 SF | 0.14 | 18.34 |
| Type-Of-Loss    WIND @ 100.00% = 18.34 | | | |
| Apply anti-microbial agent | 32.00 SF | 0.15 | 4.80 |
| Type-Of-Loss    WIND @ 100.00% = 4.80 | | | |
| R&R Batt insulation - 4" - R11 | 32.00 SF | 0.76 | 24.32 |
| Type-Of-Loss    WIND @ 100.00% = 24.32 | | | |
| Heat and air conditioning repair or service per invoice | 1.00 EA | 150.00 *E | 150.00 |
| Type-Of-Loss    WIND @ 100.00% = 150.00 | | | |
| R&R Window AC unit - mobile home | 1.00 EA | 351.25 | 351.25 |
| Type-Of-Loss    WIND @ 100.00% = 351.25 | | | |

**Room Totals: HALLWAY**                                                                                   **695.50**

Area Totals: Interior

**Area Items Total: Interior**                                                                             **2,252.54**

**Line Item Subtotals: 18-R500-030**                                                                       **12,335.52**

**State Farm Insurance Companies**

RUSSO, JOHN                                                                                                           08/14/2006

| Adjustments for Base Service Charges | | | | | Adjustment |
|---|---|---|---|---|---|
| Carpenter - Finish, Trim/Cabinet | | | | | 111.66 |
| Type-Of-Loss | WIND | @ | 100.00 % = | 111.66 | |
| Carpenter - General Framer | | | | | 100.52 |
| Type-Of-Loss | DWLNG EXT | @ | 100.00 % = | 100.52 | |
| Cleaning Remediation Technician | | | | | 60.70 |
| Type-Of-Loss | WIND | @ | 100.00 % = | 60.70 | |
| Drywall Installer/Finisher | | | | | 213.60 |
| Type-Of-Loss | WIND | @ | 100.00 % = | 213.60 | |
| Flooring Installer | | | | | 108.30 |
| Type-Of-Loss | WIND | @ | 100.00 % = | 108.30 | |
| Heating / A.C. Mechanic | | | | | 110.84 |
| Type-Of-Loss | WIND | @ | 100.00 % = | 110.84 | |
| Insulation Installer | | | | | 97.02 |
| Type-Of-Loss | WIND | @ | 100.00 % = | 97.02 | |
| Mason Brick/Stone | | | | | 91.56 |
| Type-Of-Loss | DWLNG EXT | @ | 100.00 % = | 91.56 | |
| Painter | | | | | 97.80 |
| Type-Of-Loss | WIND | @ | 100.00 % = | 97.80 | |
| Roofer | | | | | 218.40 |
| Type-Of-Loss | WIND | @ | 65.01 % = | 141.99 | |
| | DWLNG EXT | @ | 34.99 % = | 76.41 | |
| Siding Installer | | | | | 105.58 |
| Type-Of-Loss | WIND | @ | 100.00 % = | 105.58 | |
| **Total Adjustments for Base Service Charges:** | | | | | **1,315.98** |
| **Line Item Totals: 18-R500-030** | | | | | **13,651.50** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 525.56 | SF Walls | 400.00 | SF Ceiling | 925.56 | SF Walls and Ceiling |
| 400.00 | SF Floor | 146.67 | SF Short Wall | 71.67 | LF Floor Perimeter |
| 146.67 | SF Long Wall | | | 71.67 | LF Ceil. Perimeter |

**State Farm Insurance Companies**

RUSSO, JOHN  
08/14/2006

| Type of Loss | Amount | % | Grand Total | % |
|---|---:|---:|---:|---:|
| Wind Damage | 7,812.98 | 63.34% | 10,881.04 | 64.96% |
| Dwelling extension | 4,522.54 | 36.66% | 5,868.83 | 35.04% |
| Total | 12,335.52 | 100.00% | 16,749.87 | 100.00% |

18-R500-030

Page: 8

**State Farm Insurance Companies**

RUSSO, JOHN  
08/14/2006

| Type of Loss | Amount | % | Grand Total | % |
|---|---:|---:|---:|---:|
| Wind Damage | 7,812.98 | 63.34% | 10,881.04 | 64.96% |
| Dwelling extension | 4,522.54 | 36.66% | 5,868.83 | 35.04% |
| Total | 12,335.52 | 100.00% | 16,749.87 | 100.00% |