# COASTAL CLAIMS SERVICES

## PROPERTY INSPECTION REPORT

Date/Time of Inspection: 08/10/2007

Weather Conditions: Hot, Clear

Inspectors: Jim Conn

People On Site: Owners

Property Owner(s): John and Marie Russso

Property Location: 3833 Cypress St

Metairie, LA 70002

Residential   Commercial   ☐ Apartments   ☐ Other

Property Description: One Story single family dwelling, brick veneer, composite roof, .Interior sheetrock and above average finishes.

Overview of Storm Related Damage: Substantial wind damage warranting roof Replacement. Interior damages to ceilings and hard wood flooring.

Total Dollar Estimate To Repair Storm Related Damage: $59,216.19

### Detailed Estimate Attached



633 West Niagara Circle  Gretna, LA 70056 • Phone 504.919-3541 • Fax 504.309-1711

## Coastal Construction Services

633 West Niagara Circle
Gretna, LA 70056


Client:     Russo, John

Property:   3833 Cypress St
            Metairie, LA 70002

Operator Info:
    Operator:    JAMES
    Estimator:   Jim Conn
    Reference:
    Company:     Lestelle & Lestelle Law Firm


    Price List:  LANO4B7A
                 Restoration/Service/Remodel
                 RUSSO_JOHN-WND

    Estimate:

## Coastal Construction Services

633 West Niagara Circle
Gretna, LA 70056

**RUSSO_JOHN-WND**

### Room: Roof



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 3 tab - 25 yr. - composition shingle roofing - incl. felt | 19.65 SQ | 46.09 | 202.98 | 4,894.23 |
| Sheathing - plywood - 1/2" CDX | 64.00 SF | 0.00 | 1.69 | 108.16 |
| Drip edge | 180.00 LF | 0.00 | 1.80 | 324.00 |
| Flashing - pipe jack | 3.00 EA | 0.00 | 31.75 | 95.25 |
| Exhaust cap - through roof | 1.00 EA | 0.00 | 72.98 | 72.98 |
| Roof vent - turbine type | 2.00 EA | 0.00 | 79.67 | 159.34 |
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 774.00 | 0.00 | 774.00 |

Room Totals:  Roof                                                  6,427.96

### Main Level



### Room: Living                    Ceiling Height: 8'

| 488.00 SF Walls | 222.00 SF Ceiling |
|---|---|
| 710.00 SF Walls & Ceiling | 222.00 SF Floor |
| 24.67 SY Flooring | 61.00 LF Floor Perimeter |
| 61.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 10" - R30 | 222.00 SF | 0.33 | 1.25 | 350.76 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 222.00 SF | 0.28 | 1.87 | 477.30 |
| Texture drywall - smooth / skim coat | 283.00 SF | 0.00 | 0.93 | 263.19 |
| Seal/prime more than the ceiling - one coat | 283.00 SF | 0.00 | 0.42 | 118.86 |

RUSSO_JOHN-WND                                           08/10/2007  Page: 2

**Coastal Construction Services**

633 West Niagara Circle
Gretna, LA 70056

**CONTINUED - Living**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Paint the ceiling - one coat | 222.00 SF | 0.00 | 0.45 | 99.90 |
| Paint the walls - two coats | 488.00 SF | 0.00 | 0.76 | 370.88 |
| Mask the walls per square foot - plastic and tape | 488.00 SF | 0.00 | 0.17 | 82.96 |
| R&R Baseboard - 3 1/4" stain grade | 61.00 LF | 0.31 | 3.13 | 209.84 |
| Stain & finish baseboard | 61.00 LF | 0.00 | 1.13 | 68.93 |
| R&R Base shoe - stain grade | 61.00 LF | 0.12 | 1.03 | 70.15 |
| Stain & finish base shoe or quarter round | 61.00 LF | 0.00 | 0.91 | 55.51 |
| Ceiling fan & light - Detach & reset | 1.00 EA | 0.00 | 104.10 | 104.10 |
| Heat/AC register - Detach & reset | 1.00 EA | 0.00 | 9.52 | 9.52 |
| R&R Oak flooring - select grade - no finish | 222.00 SF | 1.58 | 9.85 | 2,537.46 |
| Sand, stain, and finish wood floor | 222.00 SF | 0.00 | 4.01 | 890.22 |
| Add for dustless floor sanding | 222.00 SF | 0.00 | 1.00 | 222.00 |
| Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 81.04 | 81.04 |
| Remove and rehang drapery - per hour | 2.00 HR | 0.00 | 48.47 | 96.94 |

Room Totals:  Living                                                                                                     6,109.56



**Room:  Kitchen**                                                                                  **Ceiling Height: 8'**

| | |
|---|---|
| 518.68 SF Walls | 238.94 SF Ceiling |
| 757.62 SF Walls & Ceiling | 238.94 SF Floor |
| 26.55 SY Flooring | 64.83 LF Floor Perimeter |
| 64.83 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 10" - R30 | 238.94 SF | 0.33 | 1.25 | 377.53 |
| R&R Acoustic ceiling tile - High grade | 238.94 SF | 0.41 | 3.03 | 821.96 |

RUSSO_JOHN-WND                                                                          08/10/2007  Page: 3

## Coastal Construction Services

633 West Niagara Circle
Gretna, LA 70056

**CONTINUED - Kitchen**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Crown molding - 3 1/4" stain grade | 64.83 LF | 0.45 | 3.94 | 284.60 |
| Stain & finish crown molding | 64.83 LF | 0.00 | 1.25 | 81.04 |
| Ceiling fan & light - Detach & reset | 1.00 EA | 0.00 | 104.10 | 104.10 |
| Heat/AC register - Detach & reset | 1.00 EA | 0.00 | 9.52 | 9.52 |
| R&R Wallpaper | 518.68 SF | 0.57 | 1.64 | 1,146.29 |
| Prep wall for wallpaper | 518.68 SF | 0.00 | 0.41 | 212.66 |
| R&R Cabinetry - upper (wall) units | 8.00 LF | 5.03 | 87.53 | 740.48 |
| Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 81.04 | 81.04 |
| R&R Refrigerator - top freezer - 22 to 25 cf - High grade | 1.00 EA | 25.16 | 1,482.62 | 1,507.78 |
| Range - electric - Remove & reset | 1.00 EA | 0.00 | 33.69 | 33.69 |
| Dishwasher - Detach & reset | 1.00 EA | 0.00 | 158.13 | 158.13 |
| Remove Vinyl floor covering (sheet goods) - High grade | 238.94 SF | 0.62 | 0.00 | 148.14 |
| Vinyl floor covering (sheet goods) - High grade | 274.79 SF | 0.00 | 5.13 | 1,409.67 |
| 15 % waste added for Vinyl floor covering (sheet goods) - High grade. | | | | |
| Floor preparation for sheet goods | 238.94 SF | 0.00 | 0.49 | 117.08 |
| R&R Base shoe - stain grade | 64.83 LF | 0.12 | 1.03 | 74.55 |
| Stain & finish base shoe or quarter round | 64.83 LF | 0.00 | 0.91 | 59.00 |

Room Totals: Kitchen                                                              7,367.26



**Room: Bdrm 1**                                                    **Ceiling Height: 8'**

| | |
|---|---|
| 448.00 SF Walls | 158.47 SF Ceiling |
| 606.47 SF Walls & Ceiling | 158.47 SF Floor |
| 17.61 SY Flooring | 56.00 LF Floor Perimeter |
| 56.00 LF Ceil. Perimeter | |

RUSSO_JOHN-WND                                        08/10/2007  Page: 4

## Coastal Construction Services

633 West Niagara Circle
Gretna, LA 70056

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 10" - R30 | 158.47 SF | 0.33 | 1.25 | 250.39 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 158.47 SF | 0.28 | 1.87 | 340.71 |
| Texture drywall - smooth / skim coat | 214.47 SF | 0.00 | 0.93 | 199.46 |
| Seal/prime more than the ceiling - one coat | 214.47 SF | 0.00 | 0.42 | 90.08 |
| Paint the ceiling - one coat | 158.47 SF | 0.00 | 0.45 | 71.31 |
| Paint the walls - two coats | 448.00 SF | 0.00 | 0.76 | 340.48 |
| Mask the walls per square foot - plastic and tape | 448.00 SF | 0.00 | 0.17 | 76.16 |
| Stain & finish baseboard | 56.00 LF | 0.00 | 1.13 | 63.28 |
| R&R Baseboard - 3 1/4" stain grade | 56.00 LF | 0.31 | 3.13 | 192.64 |
| R&R Base shoe - stain grade | 56.00 LF | 0.12 | 1.03 | 64.40 |
| Stain & finish base shoe or quarter round | 56.00 LF | 0.00 | 0.91 | 50.96 |
| Ceiling fan & light - Detach & reset | 1.00 EA | 0.00 | 104.10 | 104.10 |
| Heat/AC register - Detach & reset | 1.00 EA | 0.00 | 9.52 | 9.52 |
| R&R Oak flooring - select grade - no finish | 158.47 SF | 1.58 | 9.85 | 1,811.31 |
| Sand, stain, and finish wood floor | 158.47 SF | 0.00 | 4.01 | 635.46 |
| Add for dustless floor sanding | 158.47 SF | 0.00 | 1.00 | 158.47 |

Room Totals:  Bdrm 1                                                                              4,458.73



**Room: Bath**                                                          **Ceiling Height: 8'**

296.00 SF Walls                    80.50 SF Ceiling
376.50 SF Walls & Ceiling          80.50 SF Floor
8.94 SY Flooring                   37.00 LF Floor Perimeter
37.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| No Damage Noted from storm | | | | |

Room Totals:  Bath                                                                                   0.00

**Coastal Construction Services**

633 West Niagara Circle
Gretna, LA 70056



**Room: Bath 2**                                                    **Ceiling Height: 8'**

| | |
|---|---|
| 290.67 SF Walls | 76.67 SF Ceiling |
| 367.33 SF Walls & Ceiling | 76.67 SF Floor |
| 8.52 SY Flooring | 36.33 LF Floor Perimeter |
| 36.33 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 10" - R30 | 76.67 SF | 0.33 | 1.25 | 121.14 |
| R&R Acoustic ceiling tile - High grade | 76.67 SF | 0.41 | 3.03 | 263.74 |
| R&R Crown molding - 3 1/4" stain grade | 36.33 LF | 0.45 | 3.94 | 159.49 |
| Stain & finish crown molding | 36.33 LF | 0.00 | 1.25 | 45.41 |
| R&R Wallpaper - High grade | 290.67 SF | 0.57 | 1.99 | 744.11 |
| Prep wall for wallpaper | 290.67 SF | 0.00 | 0.41 | 119.17 |
| Vanity - Detach & reset | 2.00 LF | 0.00 | 36.31 | 72.62 |
| Sink - single - Detach & reset | 1.00 EA | 0.00 | 86.76 | 86.76 |
| Toilet - Detach & reset | 1.00 EA | 0.00 | 141.09 | 141.09 |
| R&R Vinyl tile - Premium grade | 76.67 SF | 0.77 | 5.32 | 466.92 |
| R&R Underlayment - 1/2" particle board | 76.67 SF | 1.04 | 1.47 | 192.44 |
| Towel ring - Detach & reset | 1.00 EA | 0.00 | 14.99 | 14.99 |
| Clean shower curtain rod | 1.00 EA | 0.00 | 4.49 | 4.49 |
| Shower curtain rod - Detach & reset | 1.00 EA | 0.00 | 13.49 | 13.49 |

Room Totals: Bath 2                                                                      2,445.86



**Room: Hall**                                                    **Ceiling Height: 8'**

| | |
|---|---|
| 360.00 SF Walls | 74.52 SF Ceiling |
| 434.52 SF Walls & Ceiling | 74.52 SF Floor |
| 8.28 SY Flooring | 45.00 LF Floor Perimeter |
| 45.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 10" - R30 | 74.52 SF | 0.33 | 1.25 | 117.74 |

RUSSO_JOHN-WND                                                    08/10/2007  Page: 6

## Coastal Construction Services

633 West Niagara Circle
Gretna, LA 70056

**CONTINUED - Hall**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 74.52 SF | 0.28 | 1.87 | 160.22 |
| Texture drywall - smooth / skim coat | 119.52 SF | 0.00 | 0.93 | 111.15 |
| Seal/prime more than the ceiling - one coat | 119.52 SF | 0.00 | 0.42 | 50.20 |
| Paint the walls and ceiling - one coat | 434.52 SF | 0.00 | 0.45 | 195.53 |
| Mask the walls per square foot - plastic and tape | 360.00 SF | 0.00 | 0.17 | 61.20 |
| Heat/AC register - Detach & reset | 1.00 EA | 0.00 | 9.52 | 9.52 |
| R&R Oak flooring - select grade - no finish | 74.52 SF | 1.58 | 9.85 | 851.76 |
| Sand, stain, and finish wood floor | 74.52 SF | 0.00 | 4.01 | 298.83 |
| Add for dustless floor sanding | 74.52 SF | 0.00 | 1.00 | 74.52 |
| R&R Wallpaper | 360.00 SF | 0.57 | 2.23 | 1,008.00 |
| Prep wall for wallpaper | 360.00 SF | 0.00 | 0.41 | 147.60 |
| Ceiling fan & light - Detach & reset | 1.00 EA | 0.00 | 104.10 | 104.10 |
| Light fixture - Detach & reset | 1.00 EA | 0.00 | 29.23 | 29.23 |
| R&R Baseboard - 3 1/4" stain grade | 45.00 LF | 0.31 | 3.13 | 154.80 |
| Stain & finish baseboard | 45.00 LF | 0.00 | 1.13 | 50.85 |
| R&R Base shoe - stain grade | 45.00 LF | 0.12 | 1.03 | 51.75 |
| Stain & finish base shoe or quarter round | 45.00 LF | 0.00 | 0.91 | 40.95 |
| Contents - move out then reset | 1.00 EA | 0.00 | 27.09 | 27.09 |

Room Totals:  Hall                                                                                    3,545.04



**Room:  Bdrm 2**                                                                  **Ceiling Height: 8'**

382.68 SF Walls                    137.37 SF Ceiling
520.05 SF Walls & Ceiling       137.37 SF Floor
15.26 SY Flooring                 47.83 LF Floor Perimeter
47.83 LF Ceil. Perimeter

RUSSO_JOHN-WND

08/10/2007  Page: 7

## Coastal Construction Services

633 West Niagara Circle
Gretna, LA 70056

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 10" - R30 | 137.37 SF | 0.33 | 1.25 | 217.04 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 137.37 SF | 0.28 | 1.87 | 295.34 |
| Texture drywall - smooth / skim coat | 185.21 SF | 0.00 | 0.93 | 172.25 |
| Seal/prime more than the ceiling - one coat | 185.21 SF | 0.00 | 0.42 | 77.79 |
| Paint the ceiling - one coat | 137.37 SF | 0.00 | 0.45 | 61.82 |
| Paint the walls - two coats | 382.68 SF | 0.00 | 0.76 | 290.84 |
| Mask the walls per square foot - plastic and tape | 382.68 SF | 0.00 | 0.17 | 65.06 |
| Stain & finish baseboard | 47.83 LF | 0.00 | 1.13 | 54.05 |
| R&R Baseboard - 3 1/4" stain grade | 47.83 LF | 0.31 | 3.13 | 164.54 |
| R&R Base shoe - stain grade | 47.83 LF | 0.12 | 1.03 | 55.00 |
| Stain & finish base shoe or quarter round | 47.83 LF | 0.00 | 0.91 | 43.53 |
| Ceiling fan & light - Detach & reset | 1.00 EA | 0.00 | 104.10 | 104.10 |
| Heat/AC register - Detach & reset | 1.00 EA | 0.00 | 9.52 | 9.52 |
| R&R Oak flooring - select grade - no finish | 137.37 SF | 1.58 | 9.85 | 1,570.13 |
| Sand, stain, and finish wood floor | 137.37 SF | 0.00 | 4.01 | 550.85 |
| Add for dustless floor sanding | 137.37 SF | 0.00 | 1.00 | 137.37 |

Room Totals:  Bdrm 2                                                        3,869.23

**Room:  Bdrm 3**                                            **Ceiling Height: 8'**

| | |
|---|---|
| 354.67 SF Walls | 116.17 SF Ceiling |
| 470.84 SF Walls & Ceiling | 116.17 SF Floor |
| 12.91 SY Flooring | 44.33 LF Floor Perimeter |
| 44.33 LF Ceil. Perimeter | |

**Subroom 1:  Closet**                                        **Ceiling Height: 8'**

| | |
|---|---|
| 117.33 SF Walls | 13.42 SF Ceiling |
| 130.75 SF Walls & Ceiling | 13.42 SF Floor |
| 1.49 SY Flooring | 14.67 LF Floor Perimeter |
| 14.67 LF Ceil. Perimeter | |

RUSSO_JOHN-WND

08/10/2007  Page: 8

### Coastal Construction Services

633 West Niagara Circle
Gretna, LA 70056

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 10" - R30 | 129.58 SF | 0.33 | 1.25 | 204.74 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 129.58 SF | 0.28 | 1.87 | 278.59 |
| Texture drywall - smooth / skim coat | 188.58 SF | 0.00 | 0.93 | 175.38 |
| Seal/prime more than the ceiling - one coat | 188.58 SF | 0.00 | 0.42 | 79.20 |
| Paint the ceiling - one coat | 129.58 SF | 0.00 | 0.45 | 58.31 |
| Paint the walls - two coats | 472.01 SF | 0.00 | 0.76 | 358.73 |
| Mask the walls per square foot - plastic and tape | 472.01 SF | 0.00 | 0.17 | 80.24 |
| Stain & finish baseboard | 59.00 LF | 0.00 | 1.13 | 66.67 |
| R&R Baseboard - 3 1/4" stain grade | 59.00 LF | 0.31 | 3.13 | 202.96 |
| R&R Base shoe - stain grade | 59.00 LF | 0.12 | 1.03 | 67.85 |
| Stain & finish base shoe or quarter round | 59.00 LF | 0.00 | 0.91 | 53.69 |
| Ceiling fan & light - Detach & reset | 1.00 EA | 0.00 | 104.10 | 104.10 |
| Heat/AC register - Detach & reset | 1.00 EA | 0.00 | 9.52 | 9.52 |
| R&R Oak flooring - select grade - no finish | 129.58 SF | 1.58 | 9.85 | 1,481.10 |
| Sand, stain, and finish wood floor | 129.58 SF | 0.00 | 4.01 | 519.62 |
| Add for dustless floor sanding | 129.58 SF | 0.00 | 1.00 | 129.58 |

| Room Totals:  Bdrm 3 | | | | 3,870.28 |
|---|---|---|---|---|

| Area Items Total: Main Level | | | | 31,665.96 |
|---|---|---|---|---|

### Room:  Garage



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Metal roofing | 980.00 SF | 0.34 | 4.45 | 4,694.20 |

| Room Totals:  Garage | | | | 4,694.20 |
|---|---|---|---|---|

## Coastal Construction Services

633 West Niagara Circle
Gretna, LA 70056

**Room: Exterior/General**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 689.29 | 0.00 | 689.29 |
| Temporary toilet (per month) | 4.00 MO | 0.00 | 136.91 | 547.64 |
| Taxes, insurance, permits & fees (Estimated) | 1.00 EA | 0.00 | 825.00 | 825.00 |
| Apply anti-microbial agent | 1,500.00 SF | 0.00 | 0.19 | 285.00 |
| Air mover (per 24 hour period) - No monitoring | 50.00 EA | 0.00 | 26.92 | 1,346.00 |
| Dehumidifier (per 24 hour period) - XLarge - No monitoring | 15.00 EA | 0.00 | 101.25 | 1,518.75 |

| Room Totals: Exterior/General | 5,211.68 |
|---|---|

| **Line Item Totals: RUSSO_JOHN-WND** | **47,999.80** |
|---|---|

### Grand Total Areas:

| | | |
|---|---|---|
| 3,256.03 SF Walls | 1,118.05 SF Ceiling | 4,374.08 SF Walls and Ceiling |
| 1,118.05 SF Floor | 124.23 SY Flooring | 407.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 407.00 LF Ceil. Perimeter |
| | | |
| 1,118.05 Floor Area | 1,209.97 Total Area | 3,256.03 Interior Wall Area |
| 1,113.34 Exterior Wall Area | 139.17 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

**Coastal Construction Services**

633 West Niagara Circle
Gretna, LA 70056

### Summary for Hurricane

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 47,999.80 |
| Material Sales Tax | @ | 9.000% x | 15,178.50 | 1366.06 |
| | | | | |
| Subtotal | | | | 49,365.86 |
| Overhead | @ | 10.0% x | 49,199.34 | 4,919.93 |
| Profit | @ | 10.0% x | 49,199.34 | 4,919.93 |
| Fabric Cleaning Tax | @ | 9.000% x | 116.33 | 10.47 |
| | | | | |
| Replacement Cost Value | | | | 59,216.19 |
| **Net Claim** | | | | **59,216.19** |

Jim Conn

## Coastal Construction Services

633 West Niagara Circle
Gretna, LA 70056

## Recap by Room

Estimate: RUSSO_JOHN-WND

| | | |
|---|---:|---:|
| **Roof** | 6,427.96 | 13.39% |
| **Area: Main Level** | | |
| Living | 6,109.56 | 12.73% |
| Kitchen | 7,367.26 | 15.35% |
| Bdrm 1 | 4,458.73 | 9.29% |
| Bath 2 | 2,445.86 | 5.10% |
| Hall | 3,545.04 | 7.39% |
| Bdrm 2 | 3,869.23 | 8.06% |
| Bdrm 3 | 3,870.28 | 8.06% |
| **Area Subtotal:  Main Level** | 31,665.96 | 65.97% |
| **Garage** | 4,694.20 | 9.78% |
| **Exterior/General** | 5,211.68 | 10.86% |
| **Subtotal of Areas** | 47,999.80 | 100.00% |
| **Total** | 47,999.80 | 100.00% |

**Coastal Construction Services**

633 West Niagara Circle
Gretna, LA 70056

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| ACOUSTICAL TREATMENTS | | | 956.30 | 1.61% |
| APPLIANCES | | | 1,674.44 | 2.83% |
| CABINETRY | | | 772.86 | 1.31% |
| CONT: GARMENT & SOFT GOODS CLN | | | 96.94 | 0.16% |
| CLEANING | | | 4.49 | 0.01% |
| CONTENT MANIPULATION | | | 189.17 | 0.32% |
| GENERAL DEMOLITION | | | 5,704.50 | 9.63% |
| DRYWALL | | | 2,271.45 | 3.84% |
| FLOOR COVERING - VINYL | | | 2,047.33 | 3.46% |
| FLOOR COVERING - WOOD | | | 10,728.02 | 18.12% |
| PERMITS AND FEES | | | 825.00 | 1.39% |
| FINISH CARPENTRY / TRIMWORK | | | 1,583.67 | 2.67% |
| FINISH HARDWARE | | | 28.48 | 0.05% |
| HEAT, VENT & AIR CONDITIONING | | | 57.12 | 0.10% |
| INSULATION | | | 1,296.95 | 2.19% |
| LIGHT FIXTURES | | | 653.83 | 1.10% |
| PLUMBING | | | 227.85 | 0.38% |
| PAINTING | | | 3,363.42 | 5.68% |
| ROOFING | | | 8,949.95 | 15.11% |
| TEMPORARY REPAIRS | | | 547.64 | 0.92% |
| WALLPAPER | | | 2,711.30 | 4.58% |
| WATER EXTRACTION & REMEDIATION | | | 3,149.75 | 5.32% |
| Subtotal | | | 47,840.46 | 80.79% |
| Material Sales Tax | @ | 9.000% | 1,366.06 | 2.31% |
| Overhead | @ | 10.00% | 4,919.93 | 8.31% |
| Profit | @ | 10.00% | 4,919.93 | 8.31% |
| O&P Items Subtotal | | | 59,046.38 | 99.71% |

| Non-O&P Items | Total Dollars | % |
|---|---|---|
| ROOFING | 159.34 | 0.27% |
| Non-O&P Items Subtotal | 159.34 | 0.27% |
| O&P Items Subtotal | 59,046.38 | 99.71% |

RUSSO_JOHN-WND                                           08/10/2007  Page: 13

## Coastal Construction Services

633 West Niagara Circle
Gretna, LA 70056

| | | | | | |
|---|---|---|---|---|---|
| Fabric Cleaning Tax | | @ | 9.000% | 10.47 | 0.02% |
| **Grand Total** | | | | **59,216.19** | |

**Coastal Construction Services**

633 West Niagara Circle
Gretna, LA 70056

Main Level



N
↑

Main Level































**Coastal Construction**
**633 West Niagara Circle**
**Gretna, LA 70056**

**Invoice No.**        **701405**

## ═ *INVOICE* ═

| Customer | |
|---|---|
| Name | Lestelle and Lestelle Law Firm |
| Address | 3421 N. Causeway Blvd. |
| City | New Orleans    State LA    ZIP 70002 |
| Phone | |

| | |
|---|---|
| Date | 8/10/2007 |
| Order No. | |
| Rep | |
| FOB | |

| Units | Description | Amount | TOTAL |
|---|---|---|---|
| 1 | Scope of Insurance repairs<br>John Russo 3833 Cypress St. | $725.00 | $725.00 |
| | | | |
| | | SubTotal | $725.00 |
| | | Shipping & Handling | $0.00 |
| | Taxes    State | | |
| | | **TOTAL** | $725.00 |

**Payment Details**

○ Cash
◉ Check
○

Payment Due upon Receipt

Office Use Only

*DUE UPON RECEIPT*