JOHN R. RUSSO, SR. AND MARIE G. RUSSO
V. STATE FARM FIRE AND CASUALTY INSURANCE COMPANY
USDC, EDLA Civil Action No. 07-7585, Section "I", Magistrate 5
Your Ref: 1604-62-7
Our File No. 07-1300

## ITEMIZATION OF EXPENDITURES FOR REPAIRS MADE

| | | |
|---|---|---:|
| Fleur de Lis Interior/Exterior, LLC | | $ 4,530.00 |
| Cummings Home Improvement | - garage roof | 1,250.00 |
| | - facia | 150.00 |
| | - gutters, downspouts | 1,140.00 |
| Lowe's – refrigerator | | 1,161.87 |
| Sears – washing machine | | 411.24 |
| Barto's | | 1,593.15 |
| | | 893.70 |
| Lowe's – materials | | 402.92 |
|     – materials | | 365.99 |
|     – materials | | 84.53 |
| Home Depot – materials | | 581.64 |
| Carol Hasney – reimbursement for materials/furnishings purchased | | 600.00 |
| Oscar Montes – Grande Pointe Properties | | 12,000.00 |
| | | 15,000.00 |
| | | 8,000.00 |
| | | 4,000.00 |
| | | 3,000.00 |
| TOTAL | | $ 55,165.04 |



EXHIBIT 4