| VanHoven Contracting Inc. | 1275 Rue Bayonne<br>Mandeville, Louisiana 70471 | 985-626-5229<br>985-626-3210 | |

July 15, 2008

The Russo residence at 3833 Cypress St. was damaged on August 29, 2005 as a result of Hurricane Katrina. In order to prepare this report I reviewed the following documents:
1. Photos of the loss
2. State Farm log notes
3. State Farm estimate dated August 14, 2006
4. Coastal Construction Services estimate dated August 10, 2007
5. Grande Pointe Properties estimate dated January 17, 2008

The dwelling received wind damage. Photos taken at the time State Farm's inspection show wind damage to the roof, some gutters, some fascia, and some interior ceilings. The photos also show damage to the vinyl flooring in the kitchen and the roof and walls of the garage. Neither the wind damage nor the ensuing repairs would have made the house uninhabitable. The utilities including water, gas, and electricity were not compromised by wind damage and would have been available to the residents. My estimate for the repair of wind damage is included with this report.

The roof of the residence received moderate damage to the shingles, no exposed decking is seen in the photos. A large portion of the metal roofing on the garage was damaged by wind. The estimate by Grande Pointe Properties is overly broad in scope. This includes but is not limited to the removal of all interior finishes, flooring, cabinets, fixtures, and insulation. The estimate by Coastal Construction Services is overly broad in scope. This includes but is not limited to the removal of most ceilings in the house, the replacement of flooring, replacement of kitchen cabinets, painting of walls, replacement of ceiling insulation, and detaching and resetting vanities and toilets. This report is subject to change if more information about this loss becomes available.

*[signature]*

Edward VanHoven

EXHIBIT 5

07/15/08 TUE 15:57 [TX/RX NO 8725]

**VanHoven Contracting Inc.**
1275 Rue Bayonne
Mandeville, La. 70471
985-626-5229
cell 504-382-7718
7/15/2008

| | |
|---|---|
| Estimate: 18-A500-030 | Claim Number: 18-A500-030 |
| Insured: Russo, John | Policy Number: |
| Property: 3833 Cypress St. | Type of Loss: |
| Metairie, LA 70001 | Deductible: |
| | Price List: LAMA5F4C1 |
| | Restoration/Service/Remodel |
| | F = Factored In, D = Do Not Apply |
| | Date of Loss: 8/29/2005 |

## Summary

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 18,652.21 |
| Material Sales Tax | @ | 9.000% x | 4,726.94 | 425.42 |
| Subtotal | | | | 19,077.63 |
| General Contractor Overhead | @ | 10.0% x | 19,077.63 | 1,907.76 |
| General Contractor Profit | @ | 10.0% x | 19,077.63 | 1,907.76 |
| Replacement Cost Value (Including General Contractor Overhead and Profit) | | | | 22,893.15 |
| Less Deductible | | | | (0.00) |
| Net Payment | | | | $22,893.15 |

VanHoven, Edward
(985) 626-5229

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

## VanHoven Contracting Inc.

Russo, John                                                                                                              7/15/2008

**18-A500-030**

### Roof

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| 2. R&R Drip edge | 180.00 LF | 2.13* | 383.40 |
| 8. Furnace vent - rain cap and storm collar, 5" | 1.00 EA | 74.56* | 74.56 |
| 3. R&R Flashing - pipe jack | 2.00 EA | 39.90* | 79.80 |
| 4. 3 tab - 25 yr. - composition shingle roofing - incl. felt | 18.19 SQ | 157.89* | 2,872.02 |
| 5. R&R Power Roof Ventilator-110 volt A.C. electric | 1.00 EA | 360.65* | 360.65 |
| 6. Remove Tear off, haul and dispose of composition shingles | 16.54 SQ | 52.75* | 872.49 |
| 7. R&R Valley metal | 12.00 LF | 4.88* | 58.56 |
| 45. ROOFING Detach and reset eyebrow vent | 1.00 EA | 0.00 | 0.00 |

**Totals: Roof**                                                                                                                 **4,701.48**

### Exterior/General

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| 1. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 774.00* | 774.00 |
| 9. R&R Fascia - metal, 6" | 40.00 LF | 4.39* | 175.60 |
| 10. R&R Gutter / downspout - aluminum | 40.00 LF | 5.38* | 215.20 |
| 11. R&R Exterior door - fiberglass / wood w/detail - Premium grade | 1.00 EA | 833.12* | 833.12 |
| 12. R&R Glass light, up to 24" x 24" | 1.00 EA | 153.66* | 153.66 |
| 13. Detach & Reset Door lockset & deadbolt - exterior | 1.00 EA | 34.54* | 34.54 |

## VanHoven Contracting Inc.

Russo, John

7/15/2008

**CONTINUED - Exterior/General**

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| 44. Prime & paint door slab only - exterior (per side) | 2.00 EA | 28.98 * | 57.96 |
| 47. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 20.35 * | 40.70 |
| **Totals: Exterior/General** | | | **2,284.78** |

**Kitchen**

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| 14. Vinyl floor covering (sheet goods) - High grade | 264.00 SF | 4.27 * | 1,127.28 |
| 15. Floor preparation for sheet goods | 264.00 SF | 0.45 * | 118.80 |
| 16. Content Manipulation charge - per hour | 1.00 HR | 26.15 * | 26.15 |

To remove and reset furniture

| **Totals: Kitchen** | | | **1,272.23** |

**Living Room**

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| 17. R&R 1/2" drywall - hung, taped, with smooth wall finish | 64.00 SF | 2.34 * | 149.76 |
| 19. Apply anti-microbial agent | 64.00 SF | 0.25 * | 16.00 |
| 20. Paint the surface area - two coats | 224.00 SF | 0.65 * | 145.60 |
| 21. Seal/prime the surface area - one coat | 224.00 SF | 0.35 * | 78.40 |

18-A500-030

Page: 3

## VanHoven Contracting Inc.

Russo, John

7/15/2008

### CONTINUED - Living Room

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| 22. Detach & Reset Heat/AC register | 1.00 EA | 8.86* | 8.86 |
| 23. Detach & Reset Ceiling fan & light | 1.00 EA | 92.06* | 92.06 |
| 24. Floor protection - self-adhesive plastic film | 224.00 SF | 0.45* | 100.80 |
| 25. R&R Batt insulation - 6" - R19 | 64.00 SF | 1.34* | 85.76 |
| 53. Content Manipulation charge - per hour | 1.00 HR | 26.15* | 26.15 |

To remove and reset furniture

**Totals: Living Room**     703.39

Hallway

0.00 SF Walls     0.00 SF Ceiling     0.00 SF Walls & Ceiling
0.00 SF Floor     0.00 SF Short Wall     0.00 LF Floor Perimeter
0.00 SF Long Wall         0.00 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| 26. R&R 1/2" drywall - hung, taped, with smooth wall finish | 32.00 SF | 2.34* | 74.88 |
| 27. Apply anti-microbial agent | 32.00 SF | 0.25* | 8.00 |
| 28. Paint the surface area - two coats | 131.00 SF | 0.65* | 85.15 |
| 29. Seal/prime the surface area - one coat | 131.00 SF | 0.35* | 45.85 |
| 31. Detach & Reset Light fixture | 1.00 EA | 28.73* | 28.73 |
| 32. Floor protection - self-adhesive plastic film | 131.00 SF | 0.45* | 58.95 |
| 33. R&R Batt insulation - 6" - R19 | 32.00 SF | 1.34* | 42.88 |
| 34. R&R Window AC unit - mobile home | 1.00 EA | 364.17* | 364.17 |
| 35. HEAT, VENT & AIR CONDITIONING Service charge per invoice | 1.00 EA | 150.00* | 150.00 |

18-A500-030

## VanHoven Contracting Inc.

Russo, John

7/15/2008

**CONTINUED - Hallway**

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| 49. R&R Wallpaper (per roll) | 17.00 RL | 59.17 * | 1,005.89 |
| 50. Prep wall for wallpaper | 387.52 SF | 0.36 * | 139.51 |
| 51. Remove Additional charge to remove non-strippable wallpaper | 387.52 SF | 0.22 * | 85.25 |
| 52. Detach & Reset Ceiling fan & light | 1.00 EA | 95.62 * | 95.62 |
| **Totals: Hallway** | | | **2,184.88** |

**Garage**

    0.00 SF Walls                    0.00 SF Ceiling              0.00 SF Walls & Ceiling
    0.00 SF Floor                    0.00 SF Short Wall          0.00 LF Floor Perimeter
    0.00 SF Long Wall                                      0.00 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT COST | RCV |
|---|---|---|---|
| 36. R&R Metal roofing - Standard grade | 528.00 SF | 3.58 * | 1,890.24 |
| 46. Ridge cap - metal roofing | 22.00 LF | 4.50 * | 99.00 |
| 37. R&R Block - 10" x 8" x 16" - in place - reinforced | 177.00 SF | 12.73 * | 2,253.21 |
| 38. Block - Add if vertical reinforcement is 24" OC | 177.00 SF | 2.75 * | 486.75 |
| 39. R&R 4" x 4" wood post - treated (1.33 BF per LF) | 60.00 LF | 7.09 * | 425.40 |
| 40. Temporary shoring post - Screw jack (per day) | 10.00 DA | 29.70 * | 297.00 |
| 41. Exterior - paint two coats | 587.00 SF | 1.25 * | 733.75 |
| 43. Seal block with masonry sealer | 177.00 SF | 0.57 * | 100.89 |
| **Totals: Garage** | | | **6,286.24** |

**Line Item Subtotals: 18-A500-030**                                                                 17,433.00

## VanHoven Contracting Inc.

Russo, John

7/15/2008

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter – Finish, Trim/Cabinet | 81.34 |
| Carpenter – General Framer | 75.24 |
| Cleaning Remediation Technician | 49.58 |
| Drywall Installer/Finisher | 135.36 |
| Electrician | 108.12 |
| Flooring Installer | 83.10 |
| Hardware Installer | 80.64 |
| Heating / A.C. Mechanic | 108.86 |
| Insulation Installer | 75.70 |
| Mason Brick/Stone | 69.50 |
| Painter | 69.32 |
| Roofer | 118.17 |
| Siding Installer | 93.98 |
| Wallpaper Hanger | 70.30 |
| Total Adjustments for Base Service Charges: | 1,219.21 |
| **LINE ITEM TOTALS: 18-A500-030** | 18,652.21 |

**Grand Total Areas:**

18-A500-030