# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN R. RUSSO, SR. AND MARIE G. RUSSO** | * * * | **CIVIL ACTION NO. 07-7587 M(5)** |
| **VERSUS** | * * | **JUDGE: PETER BEER** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * * * | **MAG: ALMA L. CHASEZ** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel for plaintiffs John R. Russo, Sr., and Marie G. Russo will bring Plaintiff's Motion *in Limine* to Preclude Rhett Lee, Eugene Deady and Edward VanHoven From Offering Opinion Testimony at Trial for hearing before the Honorable Peter Beer, United States District Court Judge for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130, on the **20th day of August, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard.

Respectfully submitted,


/s/ Jeffery B. Struckhoff
_____
**TERRENCE J. LESTELLE - T.A. - 8540**
**ANDREA S. LESTELLE - 8539**
**JEFFERY B. STRUCKHOFF - 30173**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana  70002
Telephone:  (504) 828-1224
Facsimile:   (504) 828-1229
Email: lestelle@lestellelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this 5th day of August 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I faxed and/or mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

/s/ Jeffery B. Struckhoff
_____
**JEFFERY B. STRUCKHOFF**