UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN R. RUSSO, SR. AND MARIE G. RUSSO | * * * | CIVIL ACTION NO. 07-7587 M(5) |
| VERSUS | * * | JUDGE: PETER BEER |
| STATE FARM FIRE AND CASUALTY COMPANY | * * * | MAG: ALMA L. CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiff's foregoing Motion *in Limine* to Preclude Rhett Lee, Eugene Deady and Edward VanHoven From Offering Opinion Testimony at Trial;

**IT IS ORDERED** that Plaintiff's motion is **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**